**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00112-ART-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES HEATH FAIRCLOTH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, June 26, 2023 at 2:30 p.m., be vacated and continued to Thursday, September 7, 2023, at 1:30 p.m. before U.S. District Court Judge Anne R. Traum in a Las Vegas courtroom to be determined.

DATED this 16th day of May, 2023.

_____
Anne R. Traum
United States District Court Judge

3