# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES HEATH FAIRCLOTH,<br><br>    Defendant. | Case No. 2:20-cr-00112-ART-BNW<br><br>**ORDER** |

Based on the stipulation of counsel (ECF No. 69), IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, September 7, 2023 at 1:30 p.m., is vacated and continued to September 28, 2023 at 11:00 a.m. in a Las Vegas courtroom to be determined.

DATED this <u>6th day of September, 2023</u>.

_____
Anne R. Truam
United States District Court Judge

1