UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES HEATH FAIRCLOTH,<br><br>　　　　Defendant. | Case No. 2:20-cr-00112-ART-BNW<br><br>**ORDER GRANTING ECF No. 81** |

　　Based on the parties stipulation (ECF No. 81), and good cause appearing, IT IS THEREFORE ORDERED that the Defendant may appear by video conference at the Restitution Hearing scheduled on December 14, 2023.

　　DATED this 29th day of November, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3